IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Keith Russell Judd, Plaintiff,

    v.                         No. 2:11-CV-01557

Secretary of State of California;
State of California;
California Democratic Party,
et al., Defendants.



FILED
SEP 0 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### NOTICE OF APPEAL

Plaintiff, Keith Judd, Pro Se, hereby gives notice of appeal of the Order dated: _____, Denying the MOTION FOR RELIEF FROM JUDGMENT OR ORDER UNDER TWENTY FOURTH AMENDMENT; AND MOTION TO AMEND FOR COURT ORDER TO REGISTER ALL CONVICTED AND INCARCERATED FELONS TO VOTE IN ALL FEDERAL ELECTIONS AND CAUCUSES AND DEMOCRATIC NATIONAL CONVENTION; AND FOR ORDER TO REMOVE BARACK OBAMA FROM STATE'S 2012 PRESIDENTIAL PRIMARY ELECTION BALLOT/CAUCUS AND AWARD ALL DELEGATES TO KEITH JUDD, DEMOCRATIC PRESIDENTIAL CANDIDATE.

This appeal is to the Supreme Court of the United States pursuant to 28 U.S.C. § 2284(a), as the State Law disqualifying convicted and/or incarcerated felons from Voting in Federal Elections is challenged under Section 2 of the Fourteenth Amendment definition of **"other crime"** with regards to apportionment of congressional districts and whether convicted and incarcerated felons are included or excluded from the numbers for apportionment. The Supreme Court has appellate jurisdiction under 28 U.S.C. § 1253.

                                      RESPECTFULLY SUBMITTED,

                                      */s/ Keith Judd*
                                      KEITH RUSSELL JUDD, Plaintiff
                                      Reg.#11593-051, Unit A-1
                                      Federal Correctional Institute
                                      P.O. Box 7000
                                      Texarkana, Texas, 75505

PROOF OF FILING BY INMATE        (432)686-4020

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on _____, I mailed this notice with First Class U.S. Postage prepaid and properly addressed to:

1.) U.S. District Court, 501 I Street, Suite 4-200, Sacramento, CA, 95814-2322

                                                              By */s/ Keith Judd*
                                                                    Keith Judd

FEC#C00302919, at, 1-800-424-9530    www.vote-smart.org
www.fec.gov      1-800-872-9855

| | ⚠ | | | /2\ | |
|---|---|---|---|---|---|
| (541) 997-2651 | | (212) 975-4848 | (202) 862-0700 | | (202) 733-3915 |
| (714) 642-4321 | (785) 263-1000 | (970) 522-1990 | (540) 465-5137 | (360) 532-4000 | (541) 672-3321 |
| (316) 429-2773 | (330) 264-1125 | (316) 442-4200 | (330) 454-5611 | (757) 539-3437 | (425) 455-2222 |
| (937) 382-2574 | (800) 559-2383 | (765) 362-1200 | (800) 864-8340 | (614) 439-3551 | (205) 345-0505 |
| (219) 925-2611 | (707) 464-2141 | (937) 372-4444 | (765) 552-3355 | (562) 435-1161 | (330) 476-3000 |
| (518) 374-4141 | (212) 416-2000 | (205) 232-2720 | (504) 447-4055 | (334) 347-9533 | (540) 149-8213 |
| (812) 275-3355 | (510) 757-2525 | (316) 342-4800 | (419) 586-2371 | (541) 889-5587 | (800) 751-6007 |
| (718) 981-1234 | (785) 462-3963 | (716) 885-5656 | (213) 224-5300 | (209) 582-6471 | (509) 248-1251 |
| (785) 243-2424 | (205) 234-4281 | (800) 362-6712 | (812) 424-7711 | (760) 337-3400 | (360) 676-2600 |
| (334) 792-3141 | (316) 225-4151 | (719) 544-3520 | (205) 766-3434 | (360) 736-3311 | (334) 433-1551 |
| (970) 249-3444 | (805) 395-7500 | (916) 756-0800 | (206) 448-8000 | (703) 894-3400 | (330) 821-1200 |
| (315) 363-5150 | (316) 775-2218 | (719) 846-3311 | (209) 441-6111 | (205) 549-2000 | (540) 667-3200 |
| (812) 384-3501 | (334) 222-2402 | (312) 750-4000 | (614) 773-2111 | (253) 872-6600 | (800) 561-3611 |
| (909) 849-4586 | (316) 788-2835 | (719) 254-3351 | (541) 276-2211 | (760) 745-6611 | (360) 377-3711 |
| (316) 767-5123 | (785) 738-3537 | (615) 442-4404 | (206) 464-2111 | (205) 221-2840 | (205) 532-4000 |
| (315) 412-0011 | (800) 362-6712 | (913) 367-0583 | (503) 399-0611 | (800) 683-1929 | (509) 663-5161 |
| (213) 658-6464 | (518) 270-0011 | (716) 232-7100 | (513) 721-2700 | (510) 783-6111 | (707) 442-1711 |
| (607) 432-1000 | (205) 236-1551 | (316) 367-0583 | (334) 644-1101 | (541) 296-2141 | (503) 226-1311 |
| (800) 262-0420 | (719) 539-6691 | (214) 631-7250 | (509) 459-5000 | (205) 259-1020 | (334) 262-1611 |
| (812) 332-4401 | (716) 282-2311 | (316) 251-3300 | (805) 738-2313 | (703) 878-8000 | (419) 281-0581 |
| (316) 223-1460 | (617) 450-2000 | (716) 693-1000 | (202) 857-7680 | (707) 425-4646 | (408) 637-5566 |
| (219) 824-0224 | (760) 256-2257 | (316) 292-1211 | (509) 837-4500 | (360) 577-2500 | (614) 592-6612 |
| (703) 854-3400 | (316) 431-4100 | (205) 734-2131 | (800) 588-6397 | (334) 566-4270 | (509) 765-4561 |
| (518) 581-2300 | (800) 967-2087 | (916) 891-1234 | (513) 352-2000 | (509) 582-1500 | (937) 592-3060 |
| (812) 446-2216 | (785) 632-2127 | (315) 395-1000 | (253) 597-8511 | (504) 643-4918 | (800) 843-2300 |
| (205) 325-2222 | (716) 372-3121 | (330) 747-1471 | (800) 333-8911 | (614) 461-5000 | (419) 483-4190 |
| (717) 787-3391 | (614) 452-4561 | (205) 353-4612 | (614) 474-3131 | (800) 444-6397 | (707) 263-5636 |
| (219) 926-1131 | (785) 899-2338 | (785) 742-2111 | (509) 525-3300 | (360) 694-3391 | (937) 225-2000 |
| (401) 274-4400 | (205) 325-2343 | (219) 724-2121 | (318) 527-7075 | (503) 221-8327 | (800) 234-8108 |
| (914) 454-2000 | (219) 244-5153 | (315) 337-4000 | (216) 999-4800 | (212) 560-3182 | (419) 636-1111 |
| (803) 734-3970 | (615) 741-3494 | (316) 662-3311 | (360) 452-2345 | (360) 754-5400 | (360) 424-3251 |
| (765) 832-2443 | (512) 463-2191 | (208) 334-2400 | (812) 464-7614 | (614) 622-1122 | (317) 236-7101 |
| (970) 879-1502 | (716) 232-7100 | (716) 945-1644 | (717) 787-3874 | (202) 307-2767 | (432) 333-7740 |
| (605) 773-3215 | (812) 372-7811 | (219) 294-1661 | (800) 249-8683 | (214) 461-8222 | (419) 562-3333 |

| | /3\ | | | /4\ | |
|---|---|---|---|---|---|
| (212) 664-3888 | | (213) 456-4900 | (212) 452-3808 | | (212) 246-7080 |
| (561) 395-8300 | (330) 385-4545 | (512) 463-1312 | (813) 442-7760 | (518) 454-5420 | (315) 253-6031 |
| (513) 863-8200 | (605) 741-2681 | (781) 933-3700 | (614) 837-6000 | (802) 479-0191 | (303) 966-3617 |
| (803) 734-1080 | (352) 563-6363 | (314) 695-0015 | (601) 359-3680 | (334) 242-7300 | (609) 243-9111 |
| (909) 987-6397 | (937) 878-3993 | (208) 334-2210 | (315) 792-5000 | (402) 475-4200 | (215) 455-8440 |
| (508) 793-9100 | (800) 375-6397 | (516) 385-3121 | (409) 756-6671 | (212) 685-1500 | (607) 754-5151 |
| (614) 532-1441 | (941) 687-7000 | (614) 363-1161 | (518) 270-1200 | (907) 465-3600 | (210) 536-7323 |
| (800) 692-7207 | (419) 435-6641 | (800) 473-0998 | (516) 434-3311 | (802) 447-7567 | (308) 632-0670 |
| (573) 636-3131 | (413) 788-1000 | (212) 714-7848 | (573) 751-3321 | (412) 543-1313 | (860) 566-2026 |
| (508) 764-4325 | (212) 737-3399 | (305) 294-6641 | (814) 724-6370 | (716) 343-8000 | (315) 782-1000 |
| (419) 674-4066 | (800) 843-6680 | (704) 573-1451 | (512) 884-2011 | (402) 362-4478 | (412) 684-5200 |
| (704) 484-7000 | (978) 458-7100 | (508) 880-9000 | (202) 393-4340 | (806) 249-4511 | (802) 254-2311 |
| (213) 237-5000 | (209) 674-2424 | (919) 823-3106 | (212) 973-2800 | (717) 291-8622 | (308) 715-4500 |
| (614) 654-1321 | (904) 252-1511 | (800) 683-3321 | (717) 742-9671 | (607) 798-1234 | (208) 526-0111 |
| (954) 356-4000 | (505) 425-6796 | (781) 321-8000 | (212) 492-5800 | (214) 977-8222 | (302) 577-3838 |
| (916) 741-2345 | (573) 882-5700 | (614) 446-2342 | (308) 762-3060 | (914) 965-5000 | (402) 873-3334 |
| (419) 223-1010 | (419) 784-5441 | (904) 752-1293 | (202) 463-9550 | (717) 291-8733 | (802) 334-6968 |
| (209) 578-2000 | (800) 452-2511 | (800) 258-9258 | (718) 636-4500 | (308) 254-5555 | (716) 593-5300 |
| (941) 355-0200 | (209) 239-3531 | (508) 473-1111 | (213) 852-7900 | (402) 223-9233 | (215) 949-4000 |
| (440) 424-9544 | (419) 332-5511 | (707) 226-3711 | (404) 656-3300 | (802) 298-8711 | (402) 564-2741 |
| (505) 396-2844 | (561) 461-2050 | (850) 863-1111 | (716) 849-3434 | (830) 775-1551 | (903) 465-7171 |
| (413) 584-5000 | (408) 372-3311 | (781) 245-0080 | (402) 664-9161 | (972) 875-3801 | (914) 358-2200 |
| (614) 385-2107 | (508) 997-7411 | (800) 666-5492 | (860) 585-2000 | (610) 272-2500 | (717) 218-6741 |
| (800) 228-3483 | (573) 882-5700 | (413) 562-4181 | (808) 586-1500 | (602) 542-5025 | (404) 721-5000 |
| (614) 852-1616 | (800) 360-3601 | (415) 887-8600 | (308) 995-4441 | (802) 775-5511 | (940) 387-3811 |
| (215) 560-6370 | (910) 727-7211 | (509) 356-4481 | (702) 998-2600 | (714) 394-0770 | (413) 561-6591 |
| (417) 623-3480 | (978) 744-0600 | (816) 665-2808 | (202) 546-3000 | (814) 676-7444 | (855) 788-2521 |
| (440) 245-6901 | (573) 624-4545 | (505) 764-4329 | (212) 206-6432 | (518) 943-2100 | (607) 936-4651 |
| (505) 388-1576 | (419) 468-1117 | (573) 642-7272 | (402) 444-1000 | (402) 462-3131 | (308) 532-2600 |
| (816) 234-4141 | (510) 208-6300 | (707) 532-9131 | (212) 714-7893 | (501) 652-2007 | (516) 676-6100 |
| (401) 277-3272 | (573) 888-4545 | (713) 248-3151 | (802) 743-5121 | (914) 694-9300 | (802) 554-9771 |
| (573) 221-2800 | (413) 788-1000 | (701) 859-9151 | (415) 432-5800 | (956) 383-2705 | (201) 867-0888 |
| (419) 552-3311 | (614) 373-2121 | (314) 357-0400 | (212) 456-4040 | (202) 872-4097 | (212) 419-2520 |
| | | | (212) 452-3500 | (916) 445-9555 | (212) 744-7874 |

| | /13\ | | | /14\ | |
|---|---|---|---|---|---|
| (202) 467-5404 | (719) 584-2553 | (512) 269-8520 | (818) 840-4813 | (541) 963-5161 | (2.2) 463-5122 |
| (804) 978-7200 | (419) 668-3771 | (847) 336-7000 | (603) 668-4321 | (715) 842-2101 | (212) 546-1734 |
| (717) 854-1575 | (540) 962-2121 | (717) 286-2671 | (423) 525-3131 | (818) 840-4813 | (414) 542-2561 |
| (937) 644-9111 | (815) 433-2000 | (301) 538-1015 | (800) 666-2410 | (517) 278-2318 | (603) 882-2741 |
| (309) 734-3176 | (800) 397-1708 | (170) 925-3411 | (517) 269-9111 | (505) 546-2611 | (611) 027-7144 |
| (804) 786-2071 | (614) 992-2155 | (518) 474-7124 | (603) 752-5858 | (518) 483-4770 | (9..) 875-6397 |
| (814) 827-3034 | (970) 925-2220 | (540) 825-0771 | (541) 474-3700 | (815) 444-315C | (71.) 394-4411 |
| (330) 833-2631 | (412) 224-4321 | (919) 733-3377 | (608) 328-4202 | (920) 684-4433 | (603) 252-1200 |
| (757) 446-2000 | (757) 247-4600 | (815) 432-5227 | (505) 329-4545 | (800) 875-6300 | (717) 798-14.0 |
| (815) 442-3221 | (614) 353-3101 | (800) 777-7171 | (414) 338-0622 | (423) 941-1100 | (505) 432-7120 |
| (513) 422-3611 | (303) 442-1202 | (970) 493-6397 | (212) 930-8000 | (904) 264-3200 | (541) 382-1311 |
| (717) 265-2151 | (217) 465-6424 | (804) 793-2311 | (514) 482-3456 | (503) 325-3211 | (352) 365-8200 |
| (618) 242-0117 | (802) 828-3171 | (717) 326-1551 | (407) 420-5000 | (901) 529-2345 | (516) 843-2020 |
| (614) 397-5333 | (888) 766-3311 | (719) 275-7565 | (920) 235-7709 | (505) 823-7777 | (85.) 526-3614 |
| (804) 732-3456 | (217) 379-4313 | (540) 638-8801 | (517) 629-3984 | (615) 684-1200 | (541) 776-4411 |
| (618) 393-2931 | (540) 980-5220 | (703) 560-4000 | (207) 784-5411 | (407) 242-3500 | (603) 543-3100 |
| (800) 765-4011 | (303) 892-5000 | (804) 649-6000 | (541) 485-1234 | (207) 990-8000 | (423) 581-5630 |
| (419) 592-5055 | (217) 774-2161 | (800) 653-6344 | (517) 354-3111 | (715) 739-6811 | (800) 982-4023 |
| (970) 824-7031 | (702) 687-3510 | (719) 632-5511 | (608) 742-2111 | (305) 633-3341 | (914) 343-2181 |
| (360) 664-8564 | (540) 574-6200 | (212) 714-7848 | (800) 356-4262 | (541) 269-1222 | (305) 350-2111 |
| (330) 364-5877 | (309) 346-1111 | (717) 829-7100 | (715) 423-7200 | (800) 678-6400 | (615) 259-8800 |
| (814) 684-4000 | (800) 274-7355 | (309) 686-3000 | (313) 994-6989 | (715) 384-3131 | (212) 282-1535 |
| (303) 820-1010 | (970) 247-3504 | (540) 373-5000 | (515) 284-8000 | (207) 873-3341 | (505) 746-3524 |
| (304) 558-2021 | (804) 385-5400 | (217) 788-1300 | (804) 786-2251 | (414) 634-3322 | (212) 752-3890 |
| (614) 345-4053 | (603) 271-3655 | (701) 328-2210 | (904) 763-3134 | (904) 427-1000 | (941) 262-3161 |
| (540) 885-7281 | (412) 439-7500 | (800) 829-8000 | (618) 964-7161 | (212) 837-7000 | (414) 224-2075 |
| (608) 266-1221 | (703) 368-3101 | (815) 673-3771 | (712) 362-2622 | (423) 482-1021 | (505) 763-3431 |
| (814) 723-8200 | (815) 842-1153 | (703) 257-4600 | (207) 780-4000 | (941) 763-3134 | (9..) 885-0744 |
| (307) 777-7841 | (609) 292-4925 | (614) 466-3376 | (901) 642-1162 | (616) 796-4831 | (207) 724-3311 |
| (618) 932-2146 | (412) 222-2200 | (540) 981-3100 | (212) 210-2100 | (603) 524-3800 | (715) 365-6391 |
| (970) 867-5651 | (708) 633-6700 | (217) 824-2233 | (517) 895-8551 | (319) 372-6421 | (319) 337-3185 |
| (402) 871-3297 | (505) 827-6000 | (705) 521-3924 | (515) 472-4124 | (304) 558-2601 | (313) 722-6400 |
| (202) 513-2107 | (618) 544-2101 | (503) 378-6000 | (360) 753-5601 | (616) 775-5565 | (608) 266-1221 |
| (815) 987-1200 | | (970) 668-3998 | (712) 546-7031 | | (319) 524-8300 |

| | /15\ | | | /16\ | |
|---|---|---|---|---|---|
| (212) 679-7409 | (972) 542-2631 | (212) 206-6492 | (201) 583-5000 | (803) 648-2311 | (201) 685-2622 |
| (903) 572-1705 | (618) 463-2500 | (254) 562-2868 | (217) 782-2035 | (504) 568-5707 | (815) 223-3200 |
| (203) 333-0161 | (360) 584-0501 | (203) 625-4400 | (510) 462-4160 | (406) 657-1200 | (915) 516-6100 |
| (800) 365-0820 | (318) 828-3746 | (800) 598-5597 | (803) 524-3183 | (601) 359-3694 | (864) 224-4321 |
| (712) 246-3097 | (940) 325-4465 | (203) 964-2200 | (818) 972-0777 | (803) 577-7111 | (650) 327-6797 |
| (208) 522-1800 | (800) 438-6600 | (319) 385-3131 | (317) 232-2540 | (907) 257-4200 | (432) 357-4661 |
| (318) 843-4223 | (765) 675-2115 | (202) 636-3000 | (202) 457-4481 | (401) 277-7000 | (406) 759-7000 |
| (765) 584-4501 | (208) 785-1100 | (360) 241-6200 | (800) 593-6880 | (207) 822-4146 | (618) 443-2331 |
| (505) 863-6811 | (318) 487-6397 | (903) 893-8181 | (515) 281-5911 | (209) 784-5000 | (507) 451-2840 |
| (630) 844-5844 | (847) 427-4300 | (800) 742-6397 | (803) 329-4000 | (573) 751-4144 | (907) 283-7551 |
| (903) 885-8663 | (505) 393-2123 | (319) 263-2331 | (406) 222-2020 | (308) 329-4311 | (325) 236-6877 |
| (208) 377-6200 | (812) 886-9955 | (808) 935-6621 | (401) 821-7400 | (410) 974-3341 | (213) 432-2190 |
| (409) 564-8361 | (318) 462-0616 | (360) 347-3331 | (785) 296-3229 | (800) 933-5760 | (916) 927-2151 |
| (712) 279-5072 | (903) 729-0281 | (318) 281-4421 | (907) 225-3157 | (406) 555-7000 | (803) 775-6331 |
| (800) 627-4663 | (860) 887-9211 | (800) 648-5048 | (202) 824-6400 | (212) 802-4000 | (202) 234-6000 |
| (618) 234-1000 | (800) 346-5022 | (319) 283-2144 | (808) 245-3681 | (916) 533-3131 | (612) 338-8235 |
| (830) 625-9144 | (903) 785-8744 | (208) 678-2201 | (502) 564-4720 | (803) 771-6161 | (406) 496-5500 |
| (208) 783-1107 | (808) 525-8000 | (903) 757-33V | (406) 363-3300 | (406) 761-6666 | (401) 596-7791 |
| (860) 489-3121 | (505) 541-5400 | (203) 729-2228 | (212) 975-5308 | (617) 557-1000 | (907) 456-6661 |
| (254) 965-3124 | (972) 424-6565 | (830) 379-5402 | (803) 317-6397 | (760) 322-8839 | (864) 477-1234 |
| (712) 262-6610 | (208) 467-9251 | (800) 333-6799 | (407) 486-3227 | (501) 285-7600 | (401) 841-3300 |
| (800) 545-3817 | (504) 383-1111 | (806) 762-8844 | (612) 222-5011 | (800) 777-2442 | (800) 654-2873 |
| (243) 574-3630 | (800) 444-8514 | (409) 632-6631 | (416) 232-0450 | (401) 762-3000 | (217) 334-2121 |
| (504) 345-2333 | (409) 485-5541 | (208) 644-8176 | (217) 235-5656 | (406) 265-0145 | (864) 298-4100 |
| (712) 732-3130 | (208) 733-0921 | (903) 935-7114 | (626) 528-6320 | (320) 255-8700 | (916) 643-2424 |
| (815) 544-9811 | (281) 232-3737 | (800) 222-0104 | (312) 633-1000 | (510) 758-8400 | (803) 666-8555 |
| (800) 224-2543 | (318) 783-3450 | (541) 732-2565 | (517) 373-0120 | (612) 939-3130 | (401) 722-4000 |
| (319) 653-2191 | (210) 225-741Y | (956) 686-4343 | (916) 622-1255 | (864) 223-1411 | (800) 362-0727 |
| (860) 442-2200 | (800) 876-6397 | (512) 392-2458 | (818) 840-4444 | (510) 734-8600 | (309) 523-2114 |
| (618) 438-5611 | (515) 832-4350 | (860) 225-4601 | (612) 297-5829 | (619) 993-2620 | (406) 147-7700 |
| (203) 846-3281 | (203) 789-5200 | (800) 998-5765 | (218) 741-5544 | (803) 785-4513 | (325) 3-4271 |
| (319) 291-1400 | (212) 975-2066 | (515) 622-2581 | (803) 533-5500 | (507) 376-4711 | (320) 55-1151 |
| (509) 829-9411 | (812) 254-0480 | (219) 267-3111 | (406) 444-3858 | (432) 445-5175 | (910) 241-9941 |
| (515) 684-4611 | | (830) 423-8466 | (432) 573-3456 | | (202) 265-7200 |

(213) 954-2465
(801) 394-2211
(810) 766-6100
(212) 416-4030
(800) 482-1121
(918) 756-3600
(616) 842-6400
(501) 268-8621
(405) 256-2200
(307) 856-2244
(956) 542-4301
(870) 935-5525
(409) 776-4444
(918) 224-5185
(817) 645-2441
(870) 534-3400
(605) 394-8300
(616) 459-1400
(405) 382-1100
(870) 642-2111
(410) 581-4185
(212) 456-4013
(870) 862-6611
(616) 754-9301
(870) 425-6301
(405) 273-4200
(757) 579-7000
(870) 523-5855
(800) 256-7387
(305) 674-5000
(517) 787-2300
(212) 486-6600
(818) 977-5000
(307) 266-0500

**Column 2:** /9\
(605) 331-2200
(906) 786-2021
(501) 982-6506
(405) 772-3301
(870) 673-8533
(801) 373-5050
(307) 347-3241
(870) 793-2383
(801) 237-2800
(501) 968-5252
(405) 238-6464
(806) 376-4488
(501) 315-8228
(918) 256-6422
(903) 675-5626
(870) 763-4461
(806) 376-4488
(605) 996-5514
(501) 378-3400
(512) 445-3500
(870) 633-3130
(409) 245-5555
(956) 542-4301
(870) 777-8841
(409) 265-7411
(870) 239-8562
(307) 634-3361
(517) 437-7351
(605) 256-4555
(906) 774-2772
(918) 456-8833
(615) 871-7858
(616) 392-2311

(202) 546-3000
(405) 252-3341
(616) 782-2101
(307) 672-2431
(870) 246-5525
(906) 932-2211
(605) 642-2761
(501) 623-7741
(307) 324-3411
(409) 836-7956
(501) 785-7700
(801) 674-6200
(870) 735-1010
(405) 336-2222
(870) 836-8192
(806) 273-5611
(307) 362-3736
(870) 741-2325
(405) 765-3311
(605) 886-6901
(409) 833-3311
(870) 338-9181
(307) 682-9306
(918) 825-3292
(870) 425-3133
(903) 583-2124
(605) 225-4100
(313) 222-6400
(918) 583-2161
(616) 527-2100
(605) 665-7811
(703) 706-3300
(202) 467-5404
(906) 482-1500

(202) 222-7375
(715) 623-4191
(616) 429-2400
(608) 252-6100
(800) 874-2226
(307) 777-7841
(850) 435-8500
(906) 632-2235
(307) 777-7316
(800) 288-7090
(616) 837-1104
(502) 582-4011
(307) 777-7316
(616) 651-5407
(800) 743-3391
(402) 471-3731
(561) 820-3800
(702) 687-5180
(616) 678-8191
(914) 657-1000
(616) 279-7488
(603) 271-2646
(800) 236-6397
(608) 782-9710
(248) 541-3000
(941) 629-2855
(517) 752-7171
(604) 292-4837
(561) 562-2315
(505) 827-4860
(212) 301-3000
(213) 954-2400
(201) 865-1500
(810) 985-7171

**Column 5:** /10\
(920) 733-4411
(800) 239-5271
(517) 377-1000
(606) 623-1664
(616) 845-5181
(800) 872-0001
(608) 252-6400
(850) 599-2100
(910) 276-2311
(616) 845-5181
(800) 234-6575
(616) 723-3592
(904) 328-2721
(502) 821-6833
(813) 259-7711
(906) 228-2500
(850) 747-5000
(502) 247-5223
(616) 781-3943
(800) 446-2004
(920) 432-2941
(606) 744-3123
(517) 835-7171
(608) 266-1880
(813) 893-3111
(920) 435-4411
(810) 469-4510
(518) 455-7700
(561) 826-4100
(608) 754-3311
(616) 722-3161
(919) 733-3723
(503) 981-5555

(312) 951-3840
(616) 345-3511
(561) 287-1550
(715) 682-0313
(704) 758-7381
(616) 446-2000
(803) 793-2459
(615) 358-4868
(910) 249-3981
(941) 294-7731
(701) 328-2221
(920) 887-0321
(800) 568-7625
(910) 739-4322
(715) 833-9200
(704) 652-3313
(800) 543-8908
(920) 922-4600
(606) 248-1010
(704) 437-2161
(402) 322-2611
(920) 563-5551
(502) 753-1916
(800) 346-1234
(910) 786-4141
(616) 683-2100
(941) 953-7755
(614) 466-5201
(502) 926-0123
(616) 347-2544
(405) 521-2163
(502) 257-8600
(248) 332-8181
(202) 862-0700

---

**Column 1 (bottom):**
(212) 664-3737
(219) 223-2111
(717) 348-9100
(972) 875-3801
(618) 532-5804
(800) 600-1141
(765) 932-2222
(817) 390-7400
(800) 553-2006
(702) 383-0211
(903) 586-2236
(800) 235-9100
(918) 652-3311
(812) 522-4871
(800) 548-6397
(405) 253-6600
(830) 896-7000
(610) 933-8926
(317) 398-8631
(702) 385-3111
(217) 351-5252
(432) 580-6397
(800) 669-5757
(219) 235-6161
(405) 353-0620
(812) 231-4200
(800) 288-2021
(212) 345-7085
(505) 884-7777
(312) 225-2400
(610) 284-7200
(903) 744-3311
(432) 563-4421
(515) 421-0500

**Column 2:** /11\
(309) 647-5100
(717) 421-3000
(405) 924-4388
(254) 634-2125
(800) 528-4637
(712) 328-1811
(903) 984-2593
(610) 371-5000
(515) 782-2141
(702) 882-2111
(940) 665-5511
(800) 350-1696
(713) 220-7171
(215) 854-2000
(405) 379-5411
(814) 676-7444
(702) 423-6041
(800) 377-3750
(405) 335-2188
(412) 263-1100
(702) 358-8061
(800) 346-6397
(918) 786-9002
(800) 468-0350
(702) 622-5011
(717) 648-4641
(405) 326-3311
(610) 323-3000
(405) 286-3321
(409) 295-5407
(814) 938-8740
(312) 321-3000
(812) 829-2255

(202) 887-6400
(717) 888-9643
(319) 398-8211
(409) 840-4444
(702) 738-3119
(405) 225-3000
(319) 383-2200
(800) 336-7678
(702) 788-6200
(409) 744-3611
(800) 876-8700
(405) 338-3355
(610) 696-1775
(405) 225-3000
(800) 244-6397
(702) 289-4491
(814) 773-3161
(936) 423-5511
(800) 818-6397
(515) 856-6336
(903) 657-2501
(800) 542-5620
(405) 282-2222
(814) 781-1596
(806) 364-2030
(800) 442-8497
(515) 228-3211
(812) 268-6356
(800) 472-6397
(712) 225-5111
(717) 622-3456
(312) 222-3232
(406) 859-8683
(319) 242-7101

(202) 898-7690
(704) 252-5611
(618) 662-2108
(334) 242-4609
(304) 645-1206
(815) 232-1171
(606) 528-2464
(910) 891-1234
(907) 264-0607
(704) 245-6431
(309) 343-7181
(800) 635-9934
(704) 864-3291
(606) 292-2600
(217) 245-6121
(518) 828-1616
(919) 778-2211
(815) 724-6161
(607) 272-2321
(602) 542-9300
(304) 788-3335
(815) 937-3300
(704) 932-3131
(501) 682-6849
(404) 827-2992
(800) 826-8974
(415) 376-9400
(212) 973-2800
(315) 823-3630
(303) 861-1111
(704) 229-2265
(704) 329-8700
(212) 456-4625
(910) 353-1171

**Column 5:** /12\
(910) 227-0131
(212) 456-2020
(860) 566-8160
(800) 600-4838
(212) 975-3691
(304) 752-6950
(910) 542-8137
(800) 344-6219
(315) 781-3333
(910) 623-2155
(302) 739-4155
(304) 367-2500
(212) 301-3000
(502) 769-2312
(315) 866-2220
(800) 383-7827
(910) 373-7000
(304) 526-4000
(919) 638-8101
(502) 781-1700
(914) 331-5000
(800) 288-3200
(910) 323-4848
(606) 973-4510
(716) 439-9222
(919) 752-6166
(502) 827-2000
(309) 852-2181
(850) 488-0125
(800) 669-7827
(213) 956-5808
(910) 888-3500
(404) 656-3470

(201) 457-0570
(304) 348-5140
(618) 773-3379
(704) 358-5000
(212) 975-2009
(910) 592-5001
(814) 588-7800
(304) 263-8931
(818) 526-7300
(919) 527-3111
(201) 895-3100
(518) 792-3131
(800) 747-7323
(919) 335-0841
(202) 608-2064
(304) 201-6411
(201) 346-2130
(606) 329-1717
(305) 949-8321
(502) 227-4556
(518) 725-8616
(502) 678-5171
(910) 862-4163
(212) 456-5900
(918) 492-4201
(202) 515-2850
(800) 677-7737
(704) 692-0505
(606) 231-3100
(201) 585-2622
(702) 798-2844
(704) 832-4511
(201) 333-5000
(908) 889-4911

△5

△6

| | | | | | |
|---|---|---|---|---|---|
| (212)737-3399 | | (202)737-3220 | (202)898-7626 | | (212)456-4083 |
| (508)586-6200 | (912)888-9300 | (423)756-1234 | (601)226-4321 | (704)633-8950 | (701)223-2500 |
| (228)896-2100 | (423)756-6900 | (304)292-6301 | (704)464-0221 | (619)229-3131 | (919)446-5161 |
| (512)664-6588 | (650)348-4321 | (912)924-2751 | (217)782-1090 | (228)896-2100 | (417)667-3544 |
| (310)829-6811 | (781)329-5008 | (715)724-0881 | (909)889-9666 | (650)340-4100 | (520)453-4237 |
| (423)745-5664 | (404)526-5151 | (304)845-2660 | (515)281-8373 | (313)256-3731 | (401)444-2026 |
| (601)835-6961 | (304)233-0100 | (508)676-8211 | (317)232-6221 | (417)451-1526 | (805)781-7800 |
| (423)929-3111 | (978)249-3535 | (515)552-1808 | (415)777-1111 | (520)432-2231 | (972)437-3310 |
| (423)638-4181 | (417)358-2191 | (805)763-3171 | (919)829-4560 | (601)853-6961 | (910)997-3111 |
| (310)832-0221 | (318)377-1866 | (404)827-1503 | (701)642-8585 | (701)662-2127 | (520)364-3424 |
| (423)246-4800 | (601)627-2201 | (978)343-6911 | (517)373-1110 | (909)793-3221 | (601)627-2201 |
| (901)427-3333 | (86)646-2411 | (318)365-6773 | (520)763-2505 | (512)575-1451 | (909)684-1200 |
| (515)232-2160 | (714)835-1234 | (601)843-4241 | (701)225-8111 | (816)776-5454 | (302)324-2500 |
| (304)485-1891 | (508)222-7000 | (816)885-2281 | (601)582-4321 | (520)836-7461 | (415)777-2424 |
| (423)928-4151 | (601)582-4321 | (912)265-8320 | (816)886-2233 | (254)757-5757 | (817)594-7447 |
| (770)483-7108 | (706)278-1041 | (805)564-5200 | (785)296-2215 | (701)572-2165 | (520)753-6397 |
| (318)824-3011 | (805)925-2691 | (617)426-3000 | (520)458-9440 | (816)271-8500 | (512)352-8535 |
| (423)246-8121 | (318)289-6300 | (508)872-4321 | (910)349-4331 | (520)774-4545 | (601)843-4241 |
| (978)922-1234 | (816)229-9161 | (504)826-3279 | (502)564-7600 | (573)581-1111 | (573)431-2010 |
| (912)273-2277 | (304)675-1333 | (601)328-2424 | (602)977-8351 | (916)321-1000 | (602)941-2300 |
| (408)423-4242 | (816)882-5335 | (707)546-2020 | (816)562-2424 | (602)898-5611 | (816)263-4123 |
| (901)285-4091 | (770)942-6571 | (508)626-3800 | (601)961-7000 | (701)235-7317 | (701)780-1100 |
| (617)929-2000 | (304)235-4242 | (318)433-3000 | (504)342-7013 | (302)645-2265 | (602)271-8000 |
| (508)775-1200 | (978)632-8000 | (601)961-7000 | (602)898-5680 | (602)898-6500 | (910)537-2505 |
| (209)943-6397 | (601)226-4321 | (304)436-3144 | (207)626-8800 | (254)778-4444 | (972)563-6476 |
| (712)243-2624 | (413)772-0261 | (770)834-6631 | (860)585-2000 | (601)428-0551 | (520)445-3333 |
| (978)685-1000 | (916)541-3880 | (318)459-3200 | (408)424-2221 | (520)573-4220 | (701)252-3120 |
| (318)322-5161 | (417)334-3161 | (601)287-6111 | (410)576-6300 | (940)552-5454 | (520)573-4560 |
| (319)754-8461 | (816)258-7237 | (573)346-2132 | (302)674-3600 | (212)664-4249 | (409)145-3441 |
| (801)538-1044 | (318)239-3444 | (770)382-4545 | (909)487-2200 | (919)349-4331 | (601)187-6111 |
| (617)783-3500 | (573)449-3811 | (573)353-664 | (617)727-2200 | (601)328-2424 | (903)597-8111 |
| (318)352-5501 | (706)324-5526 | (615)388-6464 | (212)973-2800 | (408)920-5000 | (701)857-1900 |
| (802)828-3278 | (318)942-4971 | (912)272-5522 | (701)545-0463 | (612)296-6196 | (417)235-3135 |
| (712)792-3573 | (423)472-5041 | (615)526-9715 | (310)358-5300 | (202)898-7626 | (703)734-4444 |

△7

△8

| | | | | | |
|---|---|---|---|---|---|
| (213)954-2400 | | (718)706-4747 | (213)956-5220 | | (815)840-2100 |
| (610)820-6500 | (417)836-1100 | (816)747-8123 | (609)451-1000 | (770)532-1234 | (316)365-2111 |
| (419)294-2332 | (330)298-9657 | (317)633-1240 | (405)332-4433 | (317)773-1210 | (310)540-5511 |
| (219)881-3000 | (937)652-1331 | (814)623-1151 | (316)331-3550 | (510)935-2525 | (219)736-3101 |
| (814)946-7411 | (410)332-6000 | (218)829-4705 | (770)478-5753 | (405)482-1221 | (609)845-3300 |
| (219)362-2161 | (219)356-6700 | (765)747-5700 | (209)734-5821 | (717)275-3235 | (760)241-7744 |
| (412)523-6588 | (816)359-2212 | (717)784-2121 | (316)231-2600 | (609)663-6000 | (316)672-5511 |
| (765)653-5151 | (412)775-3200 | (937)498-2111 | (706)884-7341 | (909)676-4315 | (215)345-3000 |
| (507)373-1411 | (218)751-3740 | (601)234-4351 | (609)435-1500 | (785)762-5000 | (913)371-4300 |
| (217)935-3171 | (814)665-8291 | (814)368-3173 | (219)726-8141 | (609)272-1100 | (908)722-8800 |
| (765)482-4650 | (330)332-4601 | (812)482-2424 | (912)764-9031 | (316)241-2422 | (707)468-3500 |
| (814)532-5050 | (410)228-3131 | (523)471-1137 | (209)689-0521 | (805)650-2900 | (405)327-2200 |
| (419)238-2285 | (314)340-8000 | (812)283-6636 | (970)242-5050 | (405)255-5354 | (316)285-3111 |
| (228)762-1111 | (412)588-5000 | (301)459-3131 | (812)389-2525 | (970)352-0211 | (626)462-8811 |
| (815)459-4040 | (419)342-4276 | (937)328-6300 | (732)349-3000 | (209)634-9141 | (609)396-3232 |
| (507)334-1853 | (301)670-1400 | (601)523-1642 | (785)877-3361 | (316)283-1500 | (732)246-5900 |
| (812)847-4487 | (419)738-2128 | (717)243-2611 | (707)644-1141 | (814)337-4200 | (303)641-1414 |
| (601)798-4766 | (412)282-8000 | (218)281-2730 | (770)963-9205 | (973)365-3000 | (562)698-0955 |
| (217)446-1000 | (717)255-8100 | (573)336-3714 | (918)225-3353 | (785)776-2200 | (405)247-3331 |
| (301)722-4600 | (601)684-2421 | (410)822-1500 | (785)295-1111 | (707)643-1706 | (201)646-4000 |
| (219)722-5000 | (219)583-5121 | (419)394-7414 | (912)923-6432 | (316)257-2368 | (609)989-7800 |
| (218)262-1011 | (717)455-3656 | (601)636-4545 | (916)662-5421 | (610)258-7171 | (412)758-5573 |
| (614)335-3611 | (218)723-5281 | (417)256-9191 | (219)866-5111 | (609)691-5000 | (918)335-8200 |
| (573)431-2016 | (765)529-1111 | (410)398-3311 | (316)326-3326 | (212)463-0029 | (719)584-4475 |
| (717)253-3055 | (507)235-3303 | (219)517-0400 | (770)428-9411 | (785)483-2116 | (405)361-3270 |
| (912)268-3641 | (765)664-5111 | (717)244-6181 | (818)713-3000 | (201)653-1000 | (814)870-1600 |
| (410)951-0000 | (301)662-1177 | (419)245-8600 | (912)283-2244 | (912)744-4200 | (913)782-0305 |
| (814)643-4040 | (217)429-5151 | (612)494-1422 | (973)428-6200 | (916)842-5777 | (316)568-6000 |
| (815)758-4841 | (219)933-3200 | (814)765-5581 | (912)236-9511 | (405)224-2600 | (732)422-6000 |
| (601)693-1251 | (412)628-2000 | (937)835-3634 | (609)871-8000 | (912)382-4321 | (719)536-2266 |
| (612)673-4000 | (815)284-2222 | (412)465-5555 | (765)962-1575 | (973)877-4141 | (316)824-2541 |
| (423)342-6397 | (432)333-7784 | (812)944-6481 | (405)323-5151 | (918)341-1101 | (912)744-1880 |
| (212)258-8736 | (601)442-9101 | (618)542-2133 | (505)243-4411 | (888)868-3762 | (703)261-1143 |
| (765)342-5311 | (217)347-7151 | (765)459-3121 | (912)226-2400 | (970)669-5050 | (303)776-2244 |